WILLIAM SCHOLING, as Administrator, etc., of KUNI SCHOLING, Deceased, Appellant, *v.* CHARLES R. O'CONNER and Others, Respondents.

*Appeal — briefs — briefs for appellant containing wholly unjustifiable accusations and criticisms directed against respondent's trial counsel directed to be removed from files.*

Appeal from an order of the Supreme Court, made at the Albany Special Term and entered in the Ulster county clerk's office on April 1, 1924, denying a motion for a new trial.

PER CURIAM: The briefs of the appellant contain accusations and criticisms directed against defendants' trial counsel which we deem to be wholly unjustifiable. The conduct of the appellant's counsel in this respect does not meet with our approval, and we, therefore, direct that his briefs be removed from the files of the court. Order unanimously affirmed, with costs.

---

Before STATE INDUSTRIAL BOARD, Respondent. MICHAEL BONTKOSKY, Respondent, v. THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ROZALIA BINIECKI, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants.— Award reversed and claim dismissed on the ground that the award rests on the uncorroborated hearsay statements of the deceased, with costs against the State Industrial Board. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANDREW BERGER, Respondent, v. DONALDSON & HEWES, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. The court deems that the appellants, by their conduct at the hearings, waived the question as to the right of the Board to increase the allowance previously made for facial disfigurement, and, therefore, does not pass upon the same.